UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS, et al.,<br><br>Defendants. | No. 2:19-cv-1444 KJM DMC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party filed objections.

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2020 are adopted in full;

2. The claims against defendants Ponder, Telander, and Gates are dismissed;

/////

1

     3. Plaintiffs action shall proceed on his remaining Eighth Amendment claim against defendant Harris; and

     4. Claims dismissed by this order are dismissed without leave to amend. *See Lopez v. Smith*, 203 F.3d 1122, 1126, 1131 (9th Cir. 2000) (en banc).

DATED: October 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE